```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  REGINALD COLEMAN

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      ) No. 2:10-mj-00204 KJN
15                                 )
                  Plaintiff,       )
16                                 ) STIPULATION AND ORDER TO VACATE
         v.                        ) THE COURT TRIAL AND SET A CHANGE
17                                 ) OF PLEA HEARING
    REGINALD COLEMAN,              )
18                                 )
                  Defendant.       ) Date:  October 4, 2010
19                                 ) Time:  9:00 a.m.
    _____  ) Judge: Hon. Kendall J. Newman
20

21

22       The United States Attorney through their respective counsel,

23  Matthew Stegman, Assistant United States Attorney, and Linda Harter,

24  Attorney for REGINALD COLEMAN, hereby stipulate to vacate the court

25  trial

26  / / /

27  / / /

28  / / /
```

set for October 4, 2010 at 10:00 AM and set a change of plea for October 13, 2010 at 10:00 AM.


Dated: September 24, 2010          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Assistant Federal Defender
                                   Attorney for REGINALD COLEMAN


Dated: September 24, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/Matthew C. Stegman
                                   MATTHEW C. STEGMAN
                                   Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**


DATED: September 24, 2010          /s/ Kendall J. Newman
                                   HON. KENDALL J. NEWMAN
                                   United States Magistrate Judge